| | | |
|---|---|---|
| **LEROY SEXTON** | * | **CIVIL ACTION** |
| | * | |
| | * | **NUMBER 3:17-cv-00482** |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | **JOHN W. deGRAVELLES** |
| **EXXON MOBIL CORPORATION,** | * | |
| **EXXONMOBIL GLOBAL SERVICES** | * | **MAGISTRATE JUDGE:** |
| **COMPANY, EXXON MOBIL CHEMICAL** | * | **RICHARD L. BOURGEOIS** |
| **COMPANY, EXXONMOBIL RESEARCH** | * | |
| **& ENGINEERING COMPANY, BROCK** | * | |
| **INDUSTRIAL SERVICES, LLC, TOTAL** | * | |
| **SAFETY U.S., INC., UNITED RENTALS** | * | |
| **(NORTH AMERICA), INC.,** | * | |
| **FLOWSERVE US INC. and** | * | |
| **JONATHON ZACHARY** | * | |

***************************************************************************

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes BROCK SERVICES, LLC (improperly named as Brock Industrial Services, LLC), who, for answer to plaintiff's petition for damages, denies each and every allegation contained therein except such as may be hereinafter specifically admitted.  And now, answering each paragraph of the petition, defendant avers:

1.

The allegations contained in paragraph 1 of the petition are admitted.

2.

The allegations contained in paragraph 2 of the petition do not call for a response from defendant Brock Services, LLC; however, to the extent a response is required, the allegations are denied.

3.

The allegations contained in paragraph 3 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

4.

The allegations contained in paragraph 4 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

5.

The allegations contained in paragraph 5 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

6.

In response to the allegations contained in paragraph 6 of the petition, Brock Services, LLC (improperly named as Brock Industrial Services, LLC) is a limited liability company organized under the laws of the State of Delaware, Brock Services LLC, has its principal place of business in Houston, Texas.

7.

The allegations contained in paragraph 7 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

8.

The allegations contained in paragraph 8 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

9.

The allegations contained in paragraph 9 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

10.

The allegations contained in paragraph 10 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

11.

The allegations contained in paragraph 11 of the petition are denied.

12.

The allegations contained in paragraph 12 of the petition are denied.

13.

The allegations contained in paragraph 13 of the petition are denied for lack of sufficient information to justify a belief therein.

14.

The allegations contained in paragraph 14 of the petition are denied for lack of sufficient information to justify a belief therein.

15.

The allegations contained in paragraph 15 of the petition are denied for lack of sufficient information to justify a belief therein.

16.

The allegations contained in paragraph 16 of the petition are denied for lack of sufficient information to justify a belief therein.

17.

The allegations contained in paragraph 17 of the petition are denied for lack of sufficient information to justify a belief therein.

18.

The allegations contained in paragraph 18 of the petition are denied for lack of sufficient information to justify a belief therein.

19.

The allegations contained in paragraph 19 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

20.

The allegations contained in paragraph 20 of the petition are denied.

21.

The allegations contained in paragraph 21 of the petition are denied.

22.

The allegations contained in paragraph 22 of the petition are denied.

23.

The allegations contained in paragraph 23 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

24.

The allegations contained in paragraph 24 of the petition are denied for lack of sufficient information to justify a belief therein.

25.

The allegations contained in paragraph 25 of the petition are denied for lack of sufficient information to justify a belief therein.

26.

The allegations contained in paragraph 26 of the petition are denied.

27.

The allegations contained in paragraph 27 of the petition are denied.

28.

The allegations contained in paragraph 28 of the petition are denied for lack of sufficient information to justify a belief therein.

29.

The allegations contained in paragraph 29 of the petition are denied for lack of sufficient information to justify a belief therein.

30.

The allegations contained in paragraph 30 of the petition are denied for lack of sufficient information to justify a belief therein.

31.

The allegations contained in paragraph 31 of the petition are denied for lack of sufficient information to justify a belief therein.

32.

The allegations contained in paragraph 32 of the petition are denied for lack of sufficient information to justify a belief therein.

33.

The allegations contained in paragraph 33 of the petition are denied for lack of sufficient information to justify a belief therein.

34.

The allegations contained in the first paragraph numbered 34 of the petition are denied for lack of sufficient information to justify a belief therein.

35.

The allegations contained in the second paragraph numbered 35 of the petition do not call for a response from defendant Brock Services, LLC however, to the extent a response is required, the allegations are denied.

36.

The allegations contained in the first paragraph numbered 36 of the petition are denied for lack of sufficient information to justify a belief therein.

37.

The allegations contained in the first paragraph numbered 37 of the petition are denied for lack of sufficient information to justify a belief therein.

38.

The allegations contained in the first paragraph numbered 38 of the petition are denied.

39.

The allegations contained in the first paragraph numbered 39 of the petition are denied.

* * * * *

AND NOW, further answering the petition for damages, defendant, BROCK SERVICES, LLC, respectfully avers:

40.

Defendant avers that any injuries sustained by the plaintiff, Leroy Sexton, are directly attributable to and were proximately caused by his own fault, such fault is pleaded as a bar or diminution to recovery herein.

41.

Defendant avers that the alleged injuries to the plaintiff occurred under circumstances under which defendant had no control or supervision, and for which defendant is not responsible to the plaintiff.

7

42.

Defendant avers that the incident sued upon occurred as a result of the negligence and/or fault of third persons for whom this defendant is not liable.

43.

Defendant, BROCK SERVICES, LLC prays for and is entitled to a trial by jury.

WHEREFORE, defendant,  BROCK SERVICES, LLC, prays that this answer be deemed good and sufficient, and that after all due proceedings and legal delays are had, there be judgment rendered in favor of defendant and against plaintiff, rejecting and denying the plaintiff's claims, and that this suit be dismissed at plaintiff's costs.

RESPECTFULLY SUBMITTED,

**KEOGH, COX & WILSON, LTD.**

BY:____s/Andrew Blanchfield_____
      Andrew Blanchfield (#16812)
      Email: ablanchfield@keoghcox.com
      C. Reynolds LeBlanc (#33937)
      Email: rleblanc@keoghcox.com
      Chelsea A. Payne (#35952)
      Email: cpayne@keoghcox.com
      701 Main Street (70802)
      Post Office Box 1151
      Baton Rouge, Louisiana  70821
      Telephone:  (225) 383-3796
      Facsimile: (225) 343-9612

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 4th day of August, 2017.

s/Andrew Blanchfield

Andrew Blanchfield
