UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY SEXTON** | * | NO. 3:17-CV-482-JWD-RLB |
| VS. | * | JUDGE: DEGRAVELLES |
| **EXXON MOBIL CORPORATION, EXXONMOBIL GLOBAL SERVICES COMPANY, EXXON MOBIL CHEMICAL COMPANY, EXXONMOBIL RESEARCH & ENGINEERING COMPANY, BROCK INDUSTRIAL SERVICES LLC, TOTAL SAFETY U.S., INC., UNITED RENTALS (NORTH AMERICA), INC., FLOWSERVE US INC. AND JONATHON ZACHARY** | * | MAGISTRATE: BOURGEOIS, JR. |

### EXXONMOBIL RESEARCH AND ENGINEERING COMPANY'S STATEMENT OF CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, ExxonMobil Research and Engineering Company, who, in compliance with Federal Rule of Civil Procedure 7.1, represents that ExxonMobil Research and Engineering Company is a wholly owned subsidiary of Exxon Mobil Corporation, a publicly traded corporation.

Respectfully submitted,

/s/ Robert B. McNeal
Robert B. McNeal (#14211)
Dana M. Douglas (#26866)
Charles B. Wilmore (#28812)
Philip R. Dore (#34524)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

*Attorneys for ExxonMobil Research and Engineering Company*

4644285

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of August, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by hand delivery, facsimile, electronic transmission, or United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Robert B. McNeal