# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LEROY SEXTON**

**VERSUS**

**EXXON MOBIL CORPORATION, ET AL.**

**CIVIL ACTION**

**NO. 17-482-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated September 15, 2017, to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 18) is **DENIED**. Though the Court is sympathetic to the policy concerns raised by the Plaintiff and believes the "forum defendant rule" to be a tad hyper-technical in this case, the Court finds that 28 U.S.C. § 1441(b)(2) is clear and unambiguous; it prohibits removal of an action only "if any of the parties in interest *properly joined and served as defendants* is a citizen of the State in which such action is brought." *Id.* (emphasis added). Because Defendant Zachary was not "properly joined and served" at the time of removal, the plain language of § 1441(b)(2) does not require remand. Perhaps more importantly, even if there were ambiguity in the statute, the overwhelming authority in this circuit supports the Magistrate Judge's position. (*See* R&R, Doc. 42 at 5–6; Defendant's Reply to Objections, Doc, 47 at 3–4.) As a result, the Plaintiff's objections are **OVERRULED**.

Signed in Baton Rouge, Louisiana, on January 3, 2018.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**